# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-02282-LTB-MJW | FTR - Courtroom A-502 |
| **Date:**   October 23, 2014 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| LAURA KARK, | Steven D. Horak |
| Plaintiff(s), | |
| v. | |
| CCM I, INC., | - - - - - |
| MRC OF AURORA INC., and | Stacy D. Mueller |
| WENDY CORMIER, | |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**   **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:02 a.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding defendant CCM I, Inc.  It is noted the company will no longer be in this civil action.  Defendants remaining in the case have no objection to dismissal of CCM I, Inc.

**It is ORDERED:**   Plaintiff shall file a Motion to Dismiss CCM I, Inc. **on or before OCTOBER 24, 2014**, noting it is an unopposed motion.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

The parties advise the Court they have filed a Stipulated Motion for Protective Order this morning.

**It is ORDERED:**   The STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER [Docket No.  **20**, filed October 23, 2014] is **GRANTED**.  The written PROTECTIVE ORDER (20-1) is approved as amended in paragraph 9 and made an Order of Court.

Joinder of Parties/Amendment to Pleadings:   **NOVEMBER 07, 2014**

Discovery Cut-off:    **APRIL 23, 2015**

Dispositive Motions Deadline:    **JUNE 04, 2015**

Each side shall be limited to three (3) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before    FEBRUARY 09, 2015**
Parties shall designate rebuttal experts   **on or before    MARCH 23, 2015**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before  **MARCH  20,  2015.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than APRIL 23, 2015**.
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

**FINAL PRETRIAL CONFERENCE** set for    **JULY 31, 2015   at    9:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before AUGUST 24, 2015**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**   The following are currently set before The Honorable Lewis T. Babcock:
Trial Preparation Conference:   February 05, 2016 at 9:00 a.m.
Four (4)   day trial to a jury:   March 07, 2016 at 9:00 a.m.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**    Scheduling Order is signed and entered  with interlineations    **OCTOBER 23, 2014**

Hearing concluded.

**Court in recess:**    10:22 a.m.
Total in-court time: 00:20

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.