**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02282-LTB-MJW

LAURA KARK,

       Plaintiff,

v.

CCMI, INC.,
MRC OF AURORA, INC., and
WENDY CORMIER,

       Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss Defendant CCMI, Inc. Without Prejudice (Doc 25 - filed October 24, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant CCMI, Inc. shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                                         BY THE COURT:

                                                        s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED:   October 27, 2014