# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-02282-LTB-MJW

LAURA KARK,

      Plaintiff,

v.

MRC OF AURORA, INC., and
WENDY CORMIER,

      Defendants.
_____

# ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 28 - filed February 19, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   February 20, 2015